# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MICHELLE BOLDT,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**RBJ RESTAURANT GROUP, LLC d/b/a PAPA JOHN'S PIZZA and RODNEY ROBINSON,**<br><br>Defendants. | **Case No. 2:19-cv-167**<br><br>**Jury Demanded** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and the above-named Defendants, by and through their undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent that they have agreed to resolve this matter and stipulate to dismissal of this action. By agreement of the Parties, Plaintiff hereby dismisses this action with prejudice and with each party to bear its own costs of court and attorneys' fees.

DATED: February 25, 2020   Respectfully submitted,

/S/ *MATTHEW HAYNIE*
Matthew Haynie, Texas Bar No. 24087692
**FORESTER HAYNIE PLLC**
400 N St Paul St, Ste 700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax
matthew@foresterhaynie.com

Joe P. Leniski, Jr.* (TN BPR#022891)
J. Gerard Stranch, IV* (TN BPR#023045)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203

Telephone: 615/254-8801
Facsimile: 615/255-5419
Email: joeyl@bsjfirm.com
       gerards@bsjfirm.com

*pro hac vice* forthcoming
*Attorneys for Plaintiff*

*/s/ Joel W. Rice*_____
Joel W. Rice
Franklin Z. Wolf
Jason D Keck
**FISHER&PHILLIPS LLP**
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 346-8061

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    A copy of the foregoing document was filed using the Court's Electronic Case Filing System and will be served on all counsel of record using the same.

                        **/s/** *MATTHEW HAYNIE*_____
                        **Matthew Haynie**